AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JUAN M. CASTILLO,

     Petitioner,       JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER:  **3:05-CV-00366-RLH-RAM**

E.K. McDANIEL, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the second amended petition for a writ of habeas corpus (#3) is DENIED IN ITS ENTIRETY, and Petitioner's request for an evidentiary hearing is DENIED. IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

   September 11, 2009                           **LANCE S. WILSON**
                                                                            Clerk

                                                                            D. R. Morgan
                                                                            Deputy Clerk