# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN M. CASTILLO,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:05-cv-00366-RLH-RAM

**ORDER**

    Petitioner has filed a successor petition for writ of habeas corpus (#64), having received authorization from the court of appeals. The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    The court of appeals authorized this successive petition for petitioner to argue that <u>Miller v. Alabama</u>, 132 S. Ct. 2455 (2012) is retroactive and applicable to his sentence. <u>Miller</u> held unconstitutional a mandatory sentence of life imprisonment without the possibility of parole for a person under the age of 18 at the time of the commission of the crime. The court notes that two weeks after petitioner filed the successor petition (#64), the Supreme Court of the United States has granted a petition for a writ of certiorari on the question whether <u>Miller</u> has retroactive effect, in <u>Montgomery v. Louisiana</u>, No. 14-280.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the successor petition (#64). Respondents shall raise all potential affirmative defenses in the initial responsive pleading,

1 including lack of exhaustion and procedural default.  Successive motions to dismiss will not be
2 entertained.  If respondents file and serve an answer, then they shall comply with Rule 5 of the
3 Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall
4 have forty-five (45) days from the date on which the answer is served to file a reply.

DATED: June 24, 2015.

_____
ROGER L. HUNT
United States District Judge