UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN M. CASTILLO,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al*,<br><br>　　　　　　　　Respondents. | Case No. 3:05-cv-00366-MMD-RAM<br><br>ORDER |

Before the Court are respondents' motion to dismiss (ECF No. 96) and petitioner's motion to voluntarily dismiss (ECF No. 99). The petition is moot because petitioner has received the relief that he sought in this action.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that respondents' motion to dismiss (ECF No. 96) and petitioner's motion to voluntarily dismiss (ECF No. 99) are granted. This action is dismissed as moot. The Clerk of the Court will enter judgment accordingly.

It is further ordered that a certificate of appealability is denied.

DATED THIS 6th day of January 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE