AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JUAN M. CASTILLO,

    Petitioner,        JUDGMENT IN A CIVIL CASE

v.

        CASE NUMBER:  **3:05-cv-00366-MMD-RAM**

ISIDRO BACA, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** It is therefore ordered that Respondents' motion to dismiss (ECF No. 96) and Petitioner's motion to voluntarily dismiss (ECF No. 99) are granted. This action is dismissed as moot.

January 6, 2017                       **DEBRA K. KEMPI**
                                                                 Clerk

                                                                /s/ K. Rusin
                                                                Deputy Clerk